TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger
Minta J. Nester
Jared C. Borriello

*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

| | |
|---|---|
| In re: | Chapter 7 |
| KOSSOFF PLLC, | Case No. 21-10699 (DSJ) |
| Debtor. | |

------------------------------------------------------------ X

| | |
|---|---|
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC, | |
| Plaintiff, | Adv. Pro. No. 23-01069 (DSJ) |
| v. | |
| WILLIAM ROSENBLATT, | |
| Defendant. | |

------------------------------------------------------------ X

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE**

      **PLEASE TAKE NOTICE** that the September 26, 2023 pre-trial conference for the above-captioned adversary proceeding has been adjourned until **October 25, 2023 at 10:00 a.m. (Prevailing Eastern Time)** (the "Pre-Trial Conference").

      **PLEASE TAKE FURTHER NOTICE** that the Pre-Trial Conference will be held before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004. In light of the COVID-19 pandemic, the Pre-Trial Conference shall take place via Zoom for

Government. Those wishing to appear before the Court at the Pre-Trial Conference must register for appearance utilizing the Electronic Appearance portal located at the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than October 24, 2023 at 4:00 p.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that any party may request earlier attention from the Court by docketing a short letter requesting a conference.

Dated: New York, New York
September 22, 2023

        ALBERT TOGUT, not individually but
        solely in his capacity as Chapter 7 Trustee of
        Kossoff PLLC
        By His Attorneys,
        TOGUT, SEGAL & SEGAL LLP,
        By:

        */s/ Minta J. Nester*
        ALBERT TOGUT
        NEIL BERGER
        MINTA J. NESTER
        JARED C. BORRIELLO
        One Penn Plaza, Suite 3335
        New York, New York 10119
        (212) 594-5000