TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger
Minta J. Nester
Jared C. Borriello

*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
         In the Matter                                  :    Chapter 7
                                                               :
            -of-                                     :    Case. No. 21-10699 (DSJ)
                                                               :
KOSSOFF PLLC,                                                  :
                                                               :
                                                               :
                                                               :
                               Debtor.      :
                                                               :
-------------------------------------------------------------- X
                                                               :
ALBERT TOGUT, Not Individually but Solely                      :
in His Capacity as Chapter 7 Trustee of the                    :
Estate of Kossoff PLLC,                                        :
                                                               :
                                                               :    Adv. Pro. No.: 23-01069 (DSJ)
            Plaintiff,                                :
                                                               :
               v.                                    :
                                                               :
WILLIAM ROSENBLATT,                                            :
                                                               :
                                                               :
           Defendant.                                :
-------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE OF NOTICE OF**
**<u>ADJOURNMENT OF PRE-TRIAL CONFERENCE</u>**

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK )

        ALEXANDRA STOLP, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Brooklyn, New York.

      On September 22, 2023, deponent served a copy of the *Notice of Adjournment of Pre-Trial Conference* [Docket No. 15] upon each of the parties set forth on the service list annexed hereto, by electronic mail.

                                                  */s/ Alexandra Stolp*
                                                  ALEXANDRA STOLP

Sworn to before me this
3rd day of October 2023

*/s/ Cynthia Sotomayor*
NOTARY PUBLIC

2

## SERVICE LIST

Robert Rosenblatt, Esq.
BALSAMO ROSENBLATT & HALL, P.C.
200 Schermerhorn Street
Brooklyn, New York 11201
nyevictionlawyer@aol.com